895

No. P67/348.—International Customs Services, a/c Micro Auto Imports v. United States, protest 63/19634 (Los Angeles).

Watson, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of electric motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiff was sustained.

No. P67/349.—Chas. Sadek Import Co., Inc. v. United States, protest 64/18037 (New York).

Watson, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of various decorated glassware items similar in all material respects to those the subject of *William Adams, Inc.* v. *United States* (56 Cust. Ct. 429, C.D. 2670), the claim of the plaintiff was sustained.

Before the Second Division, October 19, 1967

No. P67/350.—Ace Importing Co., Inc. v. United States, protest 58/15518 (New York).

Rao, C. J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiff was sustained.

Before the First Division, October 23, 1967

No. P67/351.—Carmichael International Service, a/c Revell, Inc., et al. v. United States, protests 63/11465, etc. (Los Angeles).

Watson, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.